```
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ASHLEY FILLMORE (Cal. Bar No. Pending)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2416
     Facsimile: (213) 894-0141
     E-mail:    ashley.fillmore@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-00765-JAK |
|---|---|
| Plaintiff, | |
| v. | JOINT REPORT |
| | Pretrial Conference: |
| HELEN CHUNG and EDWARD WONG, | 6/18/2020 at 8:30 a.m. |
| | Jury Trial Date: |
| Defendants. | 6/30/2020 at 9:00 a.m. |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Ashley Fillmore, and defendant HELEN CHUNG ("Defendant"), by and through her counsel of record, Janet Hong, having met and conferred by phone and email on May 12, 2020, hereby file this Joint Report per the Court's Standing Order for Criminal Cases:

**Status of Discovery**

1.   The government has produced 11 discs of discovery containing video recordings, audio recordings, criminal history information, photographs, law enforcement reports, and jail calls.

2. Defendant has not yet produced any discovery to the government.

**Discovery Disputes**

3. At this time, there are no contested matters of discovery or inspection. The parties reserve the right to request additional discovery under the Federal Rules of Criminal Procedure and relevant statutory and case law.

**Anticipated Pretrial Motions**

4. Defendant has not yet received discovery and is presently unable to assess the need to file pretrial motions. Defendant reserves the right to identify and file pretrial motions after receipt and review of requested discovery.

**Trial Date**

5. Trial is currently set for June 30, 2020, at 9:00 a.m. The pretrial conference is currently set for June 18, 2020, at 8:30 a.m.

\\
\\

**Anticipated Length of Trial**

6. The parties anticipate that the case could be tried in 4-5 days. The parties will submit a further report if a revision of their trial estimate is necessary.

Dated: May 13, 2020                     Respectfully submitted,

                                         NICOLA T. HANNA
                                       United States Attorney

                                       BRANDON D. FOX
                                       Assistant United States Attorney
                                       Chief, Criminal Division

                                       /s/ *Ashley Fillmore*
                                       ASHLEY FILLMORE
                                       Assistant United States Attorney

                                       Attorney for Plaintiff
                                       UNITED STATES OF AMERICA

Dated: May 20, 2020                     Respectfully submitted,


                                       /s/ JANET HONG
                                       JANET E. HONG
                                       Attorney for Defendant
                                       HELEN CHUNG